# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

### 05-608


W.R.M.

VERSUS

H.C.V. AND M.J.V.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2003-3614,
HONORABLE GUY BRADBERRY, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*

J. DAVID PAINTER
JUDGE
\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter,
Judges.

**REVERSED AND REMANDED.**


**Steven W. Hale**
**1735 Ryan Street**
**Lake Charles, LA 70601**
**Counsel for Plaintiff-Appellant:**
**W. R. M.**

**Terrell D. Fowler**
**625 Kirby Street**
**Lake Charles, LA 70601**
**Counsel for Plaintiff-Appellant:**
**W. R. M.**

**J. Ogden Middleton, II**
**David C. Hesser**
**1412 Centre Court, Ste. 403**
**Alexandria, LA 71301**
**Counsel for Defendant-Appellee**
       **H. C. V. and M. J. V.**

**PAINTER, Judge.**

For the reasons set forth in the companion case hereto, *W. R. M. v. H. C. V.*, 05-425 (La.App. 3 Cir. __ /__ /06), ___ So.2d ___, the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings.

**REVERSED AND REMANDED.**